UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| TROY LILLIE ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | |
| STANFORD TRUST CO. ET AL. | NO.: 13-150-BAJ-EWD |

*Consolidated With*

| TROY LILLIE ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | |
| STANFORD TRUST CO. ET AL. | NO.: 19-138-BAJ-EWD |

## ORDER

In August 2013, the United States Judicial Panel on Multidistrict Litigation transferred United States District Court for the Middle District of Louisiana Civil Action No. 13-150, *Troy Lillie et al. v. Stanford Trust Co. et al.*, to MDL No. 2099, *In re: Stanford Entities Securities Litigation*, and assigned the case to United States District Judge David C. Godbey.

In February 2019, the United States Judicial Panel on Multidistrict Litigation conditionally remanded the case from MDL No. 2099, United States District Court for the Northern District of Texas Civil Action No. 3:13-3127, to this Court. (Doc. 275).

1

In March 2019, the Clerk of Court of the United States District Court for the Middle District of Louisiana received from the clerk of the transferee court the files required by Rule 10.4(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Upon remand, a new case was created—Civil Action No. 19-138—containing the designated contents of the MDL record. (Text-Only Entry of 3/08/19). The docket for this new civil action did not reflect any pending motions.

During the June 17, 2019 status conference, counsel advised that at least two motions were pending at the time of remand: a Motion for Summary Judgment (Doc. 249) filed by SEI Investments Company and SEI Private Trust Company on September 24, 2018 and a Motion for Dismissal of Summary Judgment, Or In the Alternative, Motion to Obtain a Continuance Under Rule 56(d) (Doc. 263) filed by Plaintiffs on October 15, 2018. Those motions appear to be fully briefed. (Docs. 250, 260, 261, 262, 264, 268, 269, 272).

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall amend the docket in Civil Action No. 19-138 to reflect that the **Motion for Summary Judgment (Doc. 249)** and the **Motion for Dismissal of Summary Judgment, Or In the Alternative, Motion to Obtain a Continuance Under Rule 56(d) (Doc. 263)** are pending motions. These motions are considered submitted for decision.

Baton Rouge, Louisiana, this 20th day of June, 2019.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**